90 A.3d 698

**In re the Nomination Petition of Matthew P. BARCZAK as Candidate for State Representative in the 73rd Legislative District.**

**Appeal of Matthew P. Barczak.**

Supreme Court of Pennsylvania.

April 22, 2014.

Kathleen Marie Kotula, Esq., PA Department of State, for Department of State.

Adam Craig Bonin, Esq., Philadelphia, for Matthew P. Barczak.

Lawrence M. Otter, Esq., Harrisburg, for James Rice and Doris Kozak.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, STEVENS, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of April, 2014, the Order of the Commonwealth Court is hereby AFFIRMED.